In the Matter of the Accounting of GEORGE M. NORTHROP, as Executor of EMMA C. STERLING, Deceased.

REINHOLD ANDERSON et al., Respondents; GEORGE M. NORTHROP, as Executor, et al., Appellants.

Argued April 14, 1943; decided May 27, 1943.

*Augustus W. Bennet* for George M. Northrop, as executor, appellant, and in person as Special Guardian for Lois Sterling, appellant.

*Charles I. Sterling* and *Leo E. Falkin* for Edward H. Sterling, Administrator, appellant.

*Charles W. U. Sneed, William J. Lamont* and *Peter H. Harp* for respondents.

Order affirmed, with costs to all parties appearing separately and filing briefs payable out of the estate; no opinion.

Concur: LOUGHRAN, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. Taking no part: LEHMAN, Ch. J., and FINCH, J.